**UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

In the Matter of:

FARZAD FARZAYEE
AND
TOBAH FARZAYEE

Debtors

Chapter 13

Case No. 16-12551-RGM

**MOTION TO DISMISS,
NOTICE OF MOTION TO DISMISS
AND
NOTICE OF SCHEDULED HEARING ON THIS MOTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case.  The cause for this motion is as follows:

**Pursuant to 11 U.S.C. §1307(c)(6) -** Material default by Debtor as is reflected in the attached Trustee's Report of Receipts and Disbursements.  Debtors' most recent payment was returned for insufficient funds and Debtors have failed to make the $30,000.00 lump sum payment that was due in October 2016.

**Pursuant t 11 U.S.C. §1307(c)(1) –** Unreasonable delay by Debtor which is prejudicial to the rights of creditors under this Chapter 13 Plan.  Debtors have been in Chapter 13 since July 25, 2016 and do not appear to be moving towards confirmation.  To date they have paid in only $500.00 in cleared funds (one subsequent payment bounced)  and appear unlikely to be able to fund the amount that will be necessary under any Plan during the diminishing term remaining.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H).  Unless a written response and supporting memorandum are filed and served by the date specified, the Court

**Notice and Motion to Dismiss**
Farzad Farzayee and Tobah Farzayee, Case #16-12551-RGM

may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.  If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing.  You must mail a copy to the persons listed below.

***Attend the hearing to be held on December 15, 2016 at 9:30 a.m., in Courtroom 1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.***  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

>Thomas P. Gorman
>300 North Washington Street, Ste.400
>Alexandria, VA 22314
>
>Clerk of the Court
>United States Bankruptcy Court
>200 South Washington Street
>Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: _November 29, 2016_____          __/s/ Thomas P. Gorman_____
                                       Thomas P. Gorman
                                       Chapter 13 Trustee
                                       300 N. Washington Street, #400
                                       Alexandria, VA 22314
                                       (703) 836-2226
                                       VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 29th day of November, 2016, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

| | |
|---|---|
| Farzad Farzayee | Christopher S. Moffitt |
| Tobah Farzayee | Attorney for Debtor |
| Chapter 13 Debtors | 218 N. Lee Street,   3rd Floor |
| 20 Curving Branch Way | Alexandria, VA 22314 |
| Stafford, VA 22556 | |

                                       __/s/ Thomas P. Gorman_____
                                       Thomas P. Gorman

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 11/29/2016

CASE NO: 16-12551-RGM
STATUS: BASE PLAN

| | | | |
|---|---|---|---|
| DEBTOR: XXX-XX-8843 | JOINT DEBTOR: XXX-XX-4897 | SCHEDULE: | 500.00 MONTHLY |
| FARZAYEE, FARZAD | FARZAYEE, TOBAH | TOTAL PAID: | 500.00 |
| AKA: | | | |

DATE FILED: 07/25/2016
20 CURVING BRANCH WAY   20 CURVING BRANCH WAY
STAFFORD, VA 22556   STAFFORD, VA 22556

CONFIRMED:
LATEST 341: 09/13/2016
PERCENTAGE: 1.000
PLAN: 60 MONTHS
1st PAYMENT DUE: 08/2016
ON SCHEDULE:   31,500.00
ACTUAL PAYMENTS:   500.00
AMOUNT BEHIND:   31,000.00

ATTORNEY: CHRISTOPHER S. MOFFITT
218 N. LEE STREET, 3RD FLOOR
ALEXANDRIA, VA 22314
Phone: 703 683-0075 Fax: 703 997-8430

Needed to Complete Base:
BASE: 60,000.00
         59,500.00

### LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 10/25/16 | RETURNED FUNDS | (500.00) NSF |
| 10/21/16 | PC | 500.00 |
| 09/20/16 | PC | 500.00 |

### DIRECT PAY

| CLAIM | CRED NO | CREDITOR NAME | DISB CODE | CLASS | ARREARS | FIXED PAYMENT | SCHED AMOUNT | PAID BY TRUSTEE | BALANCE DUE | CLAIM STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 276245 | STAFFORD COUNTY | PRO | SEC | 0.00 | 0.00 | 87,489.74 | 0.00 | 0.00 | DIRECT |
| 002 | 344779 | GUARANTEE AUTOMAXX CORP | PRO | SEC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DIRECT |
| 003 | 340574 | NATIONSTAR MORTGAGE | PRO | SEC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DIRECT |
| 004 | 345179 | STATE EMPLOYEES CREDIT UNION | PRO | SEC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DIRECT |

### PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM SCHED AMT | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 276245 | STAFFORD COUNTY | PRO | PRI 100.00 | | 0.00 0.00 | 2,058.79 2,500.00 | 2,058.79 2,058.79 | 0.00 0.00 | 2,058.79 0.00 |
| 005 | 334405 | FIRST TENNESSEE BANK CL W/DRAWN BY CRED 9/26/16 | PRO-I | SEC 100.00 | | 0.00 0.00 | 139,781.81 0.00 | 0.00 0.00 | 0.00 0.00 | Closed |
| 006 | AMEXP | AMERICAN EXPRESS BANK, FSB | PRO | UNS 1.00 | | 0.00 0.00 | 2,776.94 2,760.00 | 2,776.94 27.77 | 0.00 0.00 | 27.77 0.00 |
| 007 | 331149 | BANK OF AMERICA | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 33,324.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 008 | 325996 | BARCLAYS BANK DELAWARE | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 13,323.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 009 | 325996 | BARCLAYS BANK DELAWARE | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 11,282.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 010 | 310029 | CAPITAL ONE | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 15,418.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 011 | 322047 | CHASE BANK | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 23,081.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 012 | 344782 | DURRETT CRUMP PLC | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 50,000.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 013 | 344783 | FARZANA SULTANI | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 27,000.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 014 | 318496 | FIRST TENESSE BANK | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 139,781.81 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 015 | 344797 | FIRST NATIONAL BANK OF OMAHA | PRO | UNS 1.00 | | 0.00 0.00 | 12,366.47 12,366.47 | 12,366.47 123.66 | 0.00 0.00 | 123.66 0.00 |
| 016 | 328206 | KAISER PERMANENTE | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 2,000.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 017 | 332103 | CAPITAL ONE, NA KOHL'S | PRO | UNS 1.00 | | 0.00 0.00 | 51.01 2,004.00 | 51.01 0.51 | 0.00 0.00 | 0.51 0.00 |
| 017A | 332103 | CAPITAL ONE, NA | PRO | UNS 1.00 | | 0.00 0.00 | 2,004.36 0.00 | 2,004.36 20.04 | 0.00 0.00 | 20.04 0.00 |
| 018 | 327340 | MACYS | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 924.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.                                        Case Maintenance 10.5

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 11/29/2016

CASE NO: 16-12551-RGM
STATUS: BASE PLAN

DEBTOR: XXX-XX-8843          JOINT DEBTOR: XXX-XX-4897
FARZAYEE, FARZAD             FARZAYEE, TOBAH              SCHEDULE:    500.00 MONTHLY

PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM SCHED AMT | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 019 | 344786 | MATTRESS DISCOUNTER | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 4,128.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 020 | 344798 | MICHAEL MIRZADA / LEVEL 3 FINANCIAL, LLC | PRO | UNS 1.00 | | 0.00 0.00 | 1,594,600.00 1,594,600.00 | 1,594,600.00 15,946.00 | 0.00 0.00 | 15,946.00 0.00 |
| 021 | 344798 | MICHAEL MIRZADA / FINANCIAL ONE, LLC | PRO | UNS 1.00 | | 0.00 0.00 | 1,445,600.00 1,445,600.00 | 1,445,600.00 14,456.00 | 0.00 0.00 | 14,456.00 0.00 |
| 022 | 344798 | MICHAEL MIRZADA | PRO | UNS 1.00 | | 0.00 0.00 | 1,594,600.00 1,584,600.00 | 1,594,600.00 15,946.00 | 0.00 0.00 | 15,946.00 0.00 |
| 023 | 330382 | NAVY FEDERAL CREDIT UNION | PRO | UNS 1.00 | | 0.00 0.00 | 89,708.38 90,000.00 | 89,708.38 897.08 | 0.00 0.00 | 897.08 0.00 |
| 024 | PORT | PORTFOLIO RECOVERY ASSOCIATES | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 1,832.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 025 | 327191 | QUANTUM3 GROUP LLC / LOWE'S, GECRB | PRO | UNS 1.00 | | 0.00 0.00 | 4,122.72 4,122.72 | 4,122.72 41.23 | 0.00 0.00 | 41.23 0.00 |
| 026 | 324267 | RADIOLOGIC ASSOC F'BURG | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 1,595.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 027 | 334104 | THD/CBNA | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 12,413.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 028 | 344796 | WALMART | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 3,968.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 029 | 320336 | WELLS FARGO FINANCIAL BANK / UNLISTED | PRO-A | UNS 1.00 | | 0.00 0.00 | 4,128.82 0.00 | 4,128.82 41.29 | 0.00 0.00 | 41.29 0.00 |
| 799 | MOFFIT | CHRISTOPHER S. MOFFITT | PRO | ATY 100.00 | | 0.00 0.00 | 0.00 3,500.00 | 0.00 | 0.00 | 0.00 0.00 |
| | | Trustee Administrative Fees | | | | | | 25.50 | 25.50 | |
| | | TOTALS: | | | | 0.00 0.00 | ,752,017.49 ,082,123.00 | 4,752,042.99 49,583.87 | 25.50 0.00 | 49,558.37 0.00 |

|  | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| SCHED AMOUNT: | 0.00 | 3,500.00 | 2,500.00 | 0.00 | 5,076,123.00 | 0.00 | | |
| CLAIM AMOUNT: | 0.00 | 0.00 | 2,058.79 | 0.00 | 47,499.58 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 0.00 | 2,058.79 | 0.00 | 47,499.58 | 0.00 | DUE CREDITORS: | 49,558.37 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | EXPECTED ADMIN: | 3,412.25 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 474.50 |
| BALANCE DUE: | 0.00 | 0.00 | 2,058.79 | 0.00 | 47,499.58 | 0.00 | APPROX BALANCE: | 52,496.12 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.                                                                                            Case Maintenance 10.5