**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

_____Alexandria_____ **Division**

In re  Farzad Farzayee

Tobah Farzayee                                           Case No.  16-12551-RGM

Debtor(s)                                           Chapter     13

**ORDER OF DISMISSAL**
**UPON DENIAL OF CONFIRMATION**

On _____11/09/2016_____, the Court entered an Order Denying Confirmation and providing that the debtor's case would be dismissed unless, within 21 days, the debtor(s) took action under Local Bankruptcy Rule 3015-2;

__X__  It appears that the debtor(s) has not taken such action within the time given,

____  The debtor(s) having requested and received an extension of time within which to take action under Local Bankruptcy Rule 3015-2.  It appears that the debtor(s) has not taken such action within the time given,

It is, therefore,

**ORDERED**, pursuant to Local Bankruptcy Rule 3015-2, that the above case be dismissed; and it is further

*[If appropriate]*  **ORDERED** that the debtor(s) pay the balance of the filing fee in the amount of  $ _____0.00_____ to the Clerk of Court within 14 days of the date of this order; and it is further

**ORDERED** that dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case.  The trustee need not file a final report in this case unless property or money was administered.

WILLIAM C. REDDEN
Clerk of Court

Date:  Dec 7 2016                                    By /s/ Anthony L. Shepherd
                                                                    Deputy Clerk

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:

Dec 7 2016

[odisdnco ver. 12/09]