# United States Bankruptcy Court
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**   16−12551−RGM
**Chapter**   13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Farzad Farzayee
20 Curving Branch Way
Stafford, VA 22556

Tobah Farzayee
20 Curving Branch Way
Stafford, VA 22556

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−8843                                    Joint Debtor: xxx−xx−4897

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor:  NA                                            Joint Debtor:  NA

## NOTICE OF DISMISSAL OF CASE

Notice is hereby given that an order was entered on December 7, 2016 dismissing the above−captioned case.

Dated:   December 7, 2016                                 For the Court,

                                                          William C. Redden, Clerk
[VAN015vDec2009.jsp]                                      United States Bankruptcy Court

```
                           United States Bankruptcy Court
                           Eastern District of Virginia
In re:                                                             Case No. 16-12551-RGM
Farzad Farzayee                                                    Chapter 13
Tobah Farzayee
        Debtors                        CERTIFICATE OF NOTICE
District/off: 0422-9          User: shepherda              Page 1 of 2          Date Rcvd: Dec 07, 2016
                              Form ID: VAN015              Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2016.
db/jdb         +Farzad Farzayee,   Tobah Farzayee,   20 Curving Branch Way,   Stafford, VA 22556-4640
cr             +Stafford County Treasurer,   c/o William A. Gray,   Sands Anderson PC,   P. O. Box 1998,
                 Richmond, VA 23218-1998
13503899       +Durrette & Crump,   1111 East Main St # 16,   Richmond, VA 23219-3532
13561888       +Farzana Sultani,   63 Pike Place,   Stafford, VA 22556-4634
13503900       +First  Tennessee Bank,   Credit Inauiry Department,   Knoxville, TN 37995-0001
13561889       +First Horizon Tennessee Bank,   165 Madison Ave,   Memphis, TN 38103-2723
13503901       +First National Bank Of Omaha,   1620 Dodge Street,,   Stop Code 3105,   Omaha, NE 68197-0003
13518864       +First National Bank of Omaha,   c/o Brumbaugh and Quandahl, P.C.,
                 4885 S. 118th Street, Ste 100,   Omaha, NE 68137-2241
13561886        First Tennessee Bank National Assoc.,   PO Box 1469,   Knoxville, TN  37901-1469
13545361       +First Tennessee Bank National Association,   PO Box 1469,   Knoxville, TN 37901-1469
13561891       +Guarantee Automaxx Corp,   3944 Jefferson Davis Hwy.,   Stafford, VA 22554-4825
13503904        Mattress Discounter,   809 Walnut Street,   Des Moines, IA 50309-0000
13503905       +Michael Mirzada,   50 Scotland Circle,   Stafford, VA 22554-7612
13550408       +Michael Mirzada on behalf of Financial One, Inc.,   50 Scotland Circle,
                 Stafford, VA 22554-7612
13550410       +Michael Mirzada on behalf of Level 3 Financial, LL,   50 Scotland Circle,
                 Stafford, VA 22554-7612
13503906        Nationstar Mortgage,   8950 Cyrpress Waters Boulevard,   Irving, TX 75063-0000
13503907       +Navy FCU,   PO Box 3700,   Merrifield, VA 22119-3700
13561894       +Radiologic Assoc. of Fred. Ltd.,   10401 Spotsylvania Ave,   Fredericksburg, VA 22408-8606
13503909        Stafford County Treasurer,   PO Box 68,   Stafford, VA 22555-0068
13561895       +State Employee Credit Union,   PO Box 2070,   Glen Burnie, MD 21060-2070
13503911        Virginia Partners Bank,   410 William Street,   Fredericksburg, VA 22401-5834

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13503894       +EDI: AMEREXPR.COM Dec 08 2016 02:08:00     American Express,   PO Box 981537,
                 El Paso, TX 79998-1537
13654647        EDI: BECKLEE.COM Dec 08 2016 02:08:00     American Express Bank FSB,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
13503895       +EDI: BANKAMER.COM Dec 08 2016 02:08:00     Bank of America,   PO Box 982238,
                 El Paso, TX 79998-0000
13503896       +EDI: TSYS2.COM Dec 08 2016 02:08:00     Barclay's Bank Delaware,   PO Box 8803,
                 Wilmington, DE 19899-8803
13503897       +EDI: CAPITALONE.COM Dec 08 2016 02:08:00     Capital One,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
13626825        EDI: BL-BECKET.COM Dec 08 2016 02:08:00     Capital One NA,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
13503898       +EDI: CHASE.COM Dec 08 2016 02:08:00     Chase Card,   PO Box 15298,   Wilmington, DE 19850-5298
13561892       +E-mail/Text: latoyia.d.neils@kp.org Dec 08 2016 02:26:06      Kaiser Permanente,   PO Box 62416,
                 Baltimore, MD 21264-2416
13503902       +EDI: CBSKOHLS.COM Dec 08 2016 02:08:00     Kohls/Capone,   PO Box 3115,
                 Milwaukee, WI 53201-3115
13503903       +EDI: TSYS2.COM Dec 08 2016 02:08:00     Macy's,   PO Box 8218,   Mason, OH 45040-8218
13561893       +EDI: NFCU.COM Dec 08 2016 02:08:00     Navy Federal Credit Union,   PO Box 3000,
                 Merrifield, VA 22119-3000
13503908        EDI: PRA.COM Dec 08 2016 02:08:00     Portfolio Recovery Associates,
                 120 Corporate Blvd., Suite 100,   Norfolk, VA 23502-0000
13561887        EDI: Q3G.COM Dec 08 2016 02:08:00     Quantum3 Group LLC as agent for,   Crown Asset Mngmt LLC,
                 PO Box 788,   Kirkland, WA  98083-0788
13551492        EDI: Q3G.COM Dec 08 2016 02:08:00     Quantum3 Group LLC as agent for,
                 Crown Asset Management LLC,   PO Box 788,   Kirkland, WA  98083-0788
13503910       +EDI: CITICORP.COM Dec 08 2016 02:08:00     THD/CBNA,   PO Box 6497,
                 Sioux Falls, SD 57117-6497
13503912       +EDI: RMSC.COM Dec 08 2016 02:08:00     Walmart,   Po Box 965024,   Orlando, FL 32896-5024
13610499        EDI: WFFC.COM Dec 08 2016 02:08:00     Wells Fargo Bank, N.A.,   PO Box 10438,
                 Des Moines, IA 50306-0438
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              First Tennessee Bank National Association
cr              Michael Mirzada
cr              Nationstar Mortgage LLC
13561890     ##+Fredericksburg Credit Bureau Inc.,   10506 Wakeman Dr.,   Fredericksburg, VA 22407-8040
                                                                                 TOTALS: 3, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0422-9            User: shepherda              Page 2 of 2                  Date Rcvd: Dec 07, 2016
                                Form ID: VAN015              Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2016                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2016 at the address(es) listed below:

```
          Brandon R. Jordan    on behalf of Creditor    First Tennessee Bank National Association
           bjordan@siwpc.com,
           drubin@siwpc.com;ewhite@siwpc.com;klane@siwpc.com;jmuncy@siwpc.com;mfreeman@siwpc.com;ecfva1@siwp
           c.com;ecfva2@siwpc.com;ecfva3@siwpc.com;npatel@siwpc.com;siwpc@ecf.courtdrive.com
          Christopher S. Moffitt    on behalf of Debtor Farzad   Farzayee moffittlawoffices@gmail.com,
           moffittcs@outlook.com;cmoffitt@cox.net
          Christopher S. Moffitt    on behalf of Joint Debtor Tobah   Farzayee moffittlawoffices@gmail.com,
           moffittcs@outlook.com;cmoffitt@cox.net
          Daniel J. Wisniewski    on behalf of Creditor    Stafford County Treasurer
           dwisniewski@staffordcountyva.gov
          Johnie Rush Muncy    on behalf of Creditor    First Tennessee Bank National Association
           jmuncy@siwpc.com,
           drubin@siwpc.com;bjordan@siwpc.com;klane@siwpc.com;ewhite@siwpc.com;mfreeman@siwpc.com;ecfva1@siw
           pc.com;ecfva2@siwpc.com;ecfva3@siwpc.com;npatel@siwpc.com;siwpc@ecf.courtdrive.com
          Kathryn E. Smits    on behalf of Creditor    Nationstar Mortgage LLC ksmits@atlanticlawgrp.com
          Robert B. Goodall    on behalf of Plaintiff Michael   Mirzada, on behalf of Level 3 Financial, LLC
           bob.goodall@gpc-lawyers.com
          Robert B. Goodall    on behalf of Creditor Michael   Mirzada bob.goodall@gpc-lawyers.com
          Robert B. Goodall    on behalf of Plaintiff Michael   Mirzada bob.goodall@gpc-lawyers.com
          Robert B. Goodall    on behalf of Plaintiff Michael   Mirzada, on behalf of Financial One, Inc.
           bob.goodall@gpc-lawyers.com
          Thomas P. Gorman     ch13alex@gmail.com,   tgorman26@gmail.com
          William A. Gray    on behalf of Creditor    Stafford County Treasurer bgray@sandsanderson.com,
           sryan@sandsanderson.com;ksmith@sandsanderson.com;dbbankruptcy@gmail.com
                                                                                             TOTAL: 12
```